```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

SERONO INC., and                )
    INDUSTRIA FARMACEUTICA    )
    SERONO, SpA,              )
    Plaintiffs,               )
                              )
    v.                        )        C.A. No. 04-10305-MLW
                              )
FERRING PHARMACEUTICALS, INC. )
    Defendant.                )

<u>ORDER</u>

WOLF, D.J.                                              May 26, 2004

    For the reasons stated during the lobby conference on May 26, 2004, it is hereby ORDERED that:

    1. This case is STAYED until July 16, 2004.

    2. The parties shall, by July 16, 2004, file a joint status report regarding settlement negotiations and the possibility of mediation.

    3. If the parties have not reached settlement, Ferring shall file its Answer to the Complaint by August 16, 2004.

                                           <u>/s/ Mark L. Wolf</u>
                                        UNITED STATES DISTRICT JUDGE