AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

IN CLERKS OFFICE

2004 MAY 26 P 12: 33

Serono, Inc. and
Industria Farmaceutica Serono SpA

V.

Ferring Pharmaceuticals, Inc.

U.S. SUMMONS IN A CIVIL CASE
DISTRICT OF MASS.

CASE NUMBER:

4cv 10305 MLW

**TO:** (Name and address of Defendant)

Ferring Pharmaceuticals, Inc.
400 Rella Boulevard
Suffern, NY 10901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Fred A. Kelly, Jr., Esq
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Tel: 617-345-1000

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

2-13-04

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | May 17, 2004 @ 5:10 pm |
| NAME OF SERVER *(PRINT)* Ronald J. Marsico | TITLE Process Server - Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served the Corporation by Serving Terence McMorrow VP Finance

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-19-04
              Date              Signature of Server

    75 N. Middletown Rd
Address of Server  Nanuet, N.Y. 10954

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.