UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SERONO, INC. and INDUSTRIA
FARMACEUTICA SERONO SpA,

                Plaintiffs,

v.

FERRING PHARMACEUTICALS, INC.,

                Defendant.

Civil Action No. 04-10305 MLW

## NOTICE OF APPEARANCE

Please enter the appearance of Michael T. Gass and Erin D.E. Joffre as attorneys for Ferring Pharmaceuticals, Inc. in connection with above matter.

                FERRING PHARMACEUTICALS, INC.
                By its attorneys,

                /s/Erin D.E. Joffre_____
                Michael T. Gass (BBO #546874)
                Erin D.E. Joffre (BBO # 651665)
                PALMER & DODGE LLP
                111 Huntington Avenue
                Boston, MA 02199
                (617) 239-0100

August 16, 2004

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on August 16, 2004.

        _/s/Erin D.E. Joffre_____