

# NIXON PEABODY LLP
ATTORNEYS AT LAW
100 Summer Street
Boston, Massachusetts 02110-1832
(617) 345-1000
Fax: (617) 345-1300

Fred A. Kelly, Jr.
Direct Dial: (617) 345-1319
Direct Fax: (866) 947-1649
E-Mail: fkelly@nixonpeabody.com

September 10, 2004

**VIA HAND DELIVERY**

Judge Mark L. Wolf
United States District Court
  For the District of Massachusetts
1 Courthouse Way – Room 5110
Boston, MA 02210

    Re:    *Serono, Inc. v. Ferring Pharmaceuticals, Inc.*
             Civil Action No.: 02-11832 MLW
             *Serono, Inc., and Industria Farmaceutica Serono SpA*
             *v. Ferring Pharmaceuticals, Inc.*
             Civil Action No: 04-10305 MLW

Your Honor:

    Serono is pleased to inform the Court that the parties in the above captioned actions have reached a settlement in principle, which covers all four (4) patents in suit. Based upon the number of patents involved, and other issues, Serono anticipates that it may take several weeks to fully document the transaction, after which the parties will file a Stipulation of Dismissal in each case. Serono therefore anticipates that it will be conferring with Ferring for the purpose of filing a joint motion to extend the current stay of these matters by thirty (30) days – i.e. from September 20 2004 until October 20, 2004. Should that fail, Serono anticipates filing a motion seeking a thirty (30) day extension of the stay for the reasons set forth above.

                                      Respectfully submitted,

                                      Fred A. Kelly, Jr.
                                      Attorney for Serono

FAK:vlb

cc:    Brian P. Akers
        Michael Gass

BOS1416909.1

ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • MANCHESTER, NH • McLEAN, VA
NEW YORK, NY • ORANGE COUNTY, CA • PHILADELPHIA, PA • PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC