UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SERONO, INC. and INDUSTRIA
FARMACEUTICA SERONO SpA,

                      Plaintiffs,

     v.

FERRING PHARMACEUTICALS, INC.,

                    Defendant.

Civil Action No.  04-10305 MLW

## NOTICE OF WITHDRAWAL

Please take notice of the withdrawal of Erin D.E. Joffre as attorney for Ferring Pharmaceuticals, Inc. in connection with the above matter.  Michael T. Gass will continue to represent Ferring Pharmaceuticals, Inc. Please substitute Michael T. Gass for Erin D.E. Joffre for purposes of electronic filing.

FERRING PHARMACEUTICALS, INC.
By its attorneys,

/s/Erin D.E. Joffre_____
Michael T. Gass (BBO #546874)
Erin D.E. Joffre (BBO # 651665)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

September 21, 2004

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on September 21, 2004.

     /s/Erin D.E. Joffre_____