IN THE UNITED STATES DISCTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

SERONO, INC. and INDUSTRIA
FARMACEUTICA SERONO SpA,

Plaintiffs,

v.

FERRING PHARMACEUTICALS, INC.,

Defendant.

CIVIL ACTION NO. 04-10305 MLW

JOINT MOTION TO EXTEND STAY

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the plaintiffs Serono, Inc. and Industria Farmaceutica Serono SpA. ("Serono") and the defendant Ferring Pharmaceuticals, Inc. ("Ferring"), by their undersigned attorneys, and for their Joint Motion to Extend Stay, state as follows:

1. The Court has previously stayed these proceedings until September 20, 2004 for the purpose of allowing the Parties to discuss settlement.

2. As set forth in their letters to the Court dated September 10, 2004, the Parties have reached an agreement in principle to settle this litigation and the companion case, Serono, Inc. v. Ferring Pharmaceutials, Inc., Civil Action No. 02- 11832 MLW.

3. Consequently, the Parties are requesting a thirty (30) day extension of the stay in this matter – from September 20, 2004 until October 20, 2004 – in order to fully document their settlement agreement.

BOS1419054.1

WHEREFORE, Serono and Ferring jointly request this Court to extend the existing stay of this action from September 20, 2004 up to an including October 20, 2004.

Respectfully submitted,

Serono, Inc. and
Industria Farmaceutica Serono SpA
By its Attorneys,

*[signature]*
Fred A. Kelly, Jr. (BBO # 544046)
**NIXON PEABODY LLP**
100 Summer Street
Boston, MA  02110-1832
Ph:     (617) 345-1000
Fax:    (617) 345-1300

Ferring Pharmacueticals, Inc.
By its attorneys,

*[signature]* Erin Joffre (FAK)
Michael T. Gass (BBO#546874)
Erin D.E. Joffre (BBO#651665)
**Palmer & Dodge, LLP**
111 Huntington Avenue
Boston, MA  02199
Ph: 617-239-0100

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON  9/17/04  .

*[signature]*

- 2 -

BOS1419054.1