IN THE UNITED STATES DISCTRICT COURT
FOR THE
DISTRICT OF MASSACHUSSETTS

SERONO, INC. and INDUSTRIA
FARMACEUTICA SERONO SpA,

Plaintiffs,

v.

FERRING PHARMACEUTICALS, INC.,

Defendant.

CIVIL ACTION NO. 04-10305 MLW

## JOINT MOTION TO EXTEND STAY

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Serono, Inc. ("Serono") and Defendant Ferring Pharmaceuticals, Inc. ("Ferring"), by their undersigned attorneys, for their Joint Motion to Extend Stay, state as follows:

1. This Court has previously stayed these proceedings until November 3, 2004 for the purpose of allowing the parties to finalize a settlement agreement to document their settlement in principle of this case and its companion case, Serono, Inc. v. Ferring Pharmaceuticals, Inc., Civil Action No. 02-11832 MLW.

2. The parties are subsidiaries of European companies that are involved in the settlement negotiations. As a result, the settlement negotiations have been relatively complex and have required additional time.

3. Consequently, the parties are requesting another thirty (30) day extension of the stay in this matter – from November 3, 2004 until December 3, 2004 – in order to fully document their settlement agreement.

WHEREFORE, Serono and Ferring jointly request this Court to extend the existing stay of this action from November 3, 2004 up to and including December 3, 2004.

Respectfully submitted,

| | |
|---|---|
| Serono, Inc. and Industria<br>Farmaceutica Serono SpA<br>By their Attorneys, | Ferring Pharmaceuticals, Inc.<br>By its Attorneys, |
| _/s/ Fred Kelly_<br>Fred Kelly (BBO # 544046)<br>**NIXON PEABODY LLP**<br>101 Federal Street<br>Boston, MA  02110-1832<br>Ph:    (617) 345-1000<br>Fax:   (617) 345-1300 | _/s/ Michael T. Gass_<br>Michael T. Gass (BBO#546874)<br>**Palmer & Dodge, LLP**<br>111 Huntington Avenue<br>Boston, MA  02199<br>Ph: 617-239-0100 |