# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| **SERONO, INC. and INDUSTRIA FARMACEUTICA SERONO SpA,**<br><br>Plaintiffs,<br><br>v.<br><br>**FERRING PHARMACEUTICALS, INC.,**<br><br>Defendant. | CIVIL ACTION NO. 04-10305 MLW |

## JOINT MOTION TO EXTEND STAY

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Serono, Inc. ("Serono") and Defendant Ferring Pharmaceuticals, Inc. ("Ferring"), by their undersigned attorneys, for their Joint Motion to Extend Stay, state as follows:

1. This Court has previously stayed these proceedings until December 3, 2004 for the purpose of allowing the parties to finalize a settlement agreement to document their settlement in principle of this case and its companion case, Serono, Inc. v. Ferring Pharmaceuticals, Inc., Civil Action No. 02-11832 MLW.

2. The parties are subsidiaries of European companies that are involved in the settlement negotiations, which has complicated and slowed the negotiation and drafting process.

3. However, the parties believe they are now very close to a final agreement.

4. Consequently, the parties are requesting an additional fourteen (14) day extension of the stay in this matter – from December 3, 2004 until December 17, 2004 – in order to fully document their settlement agreement.

BOS1442012.1

WHEREFORE, Serono and Ferring jointly request this Court to extend the existing stay of this action from December 3, 2004 up to and including December 17, 2004.

Respectfully submitted,

Serono, Inc. and Industria
Farmaceutica Serono SpA
By their Attorneys,

_/s/ Fred A. Kelly Jr._
Fred Kelly (BBO #544046)
**NIXON PEABODY LLP**
100 Summer Street
Boston, MA  02110-2131
Ph:    (617) 345-1000
Fax:   (617) 345-1300

Ferring Pharmaceuticals, Inc.
By its Attorneys,

_/s/ Michael T. Gass_ / kk
Michael T. Gass (BBO#546874)
**Palmer & Dodge, LLP**
111 Huntington Avenue
Boston, MA  02199
Ph: 617-239-0100