IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SERONO, INC. and INDUSTRIA FARMACEUTICA SERONO SpA,<br><br>Plaintiffs,<br><br>v.<br><br>FERRING PHARMACEUTICALS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-10305 MLW |

STIPULATION OF DISMISSAL

The Plaintiffs, Serono, Inc. and Industria Farmaceutica Serono, SpA, (collectively referred to as "Serono") and Defendant, Ferring Pharmaceuticals, Inc. ("Ferring") hereby stipulate and agree that:

1   ALL OF FERRING'S CLAIMS (WHETHER DESIGNATED AS CLAIMS, COUNTERCLAIMS, OR AFFIRMATIVE DEFENSES) SHALL BE DISMISSED WITH PREJUDICE, WITHOUT COSTS, AND WITH ALL APPEALS WAIVED;

2   SERONO'S CLAIMS FOR INFRINGEMENT OF THE PATENTS-IN-SUIT (UNITED STATES LETTERS PATENT NO. 5,767,067 AND NO. 4,725,579) BY FERRING (WHETHER DESIGNATED AS CLAIMS, COUNTERCLAIMS, OR AFFIRMATIVE DEFENSES) SHALL BE DISMISSED WITH PREJUDICE, WITHOUT COSTS, AND WITH ALL APPEALS WAIVED; AND

3   SERONO'S CLAIMS SEEKING A DECLARATION OR JUDGMENT THAT THE PATENTS-IN-SUIT (UNITED STATES LETTERS PATENT NO. 5,767,067 AND NO. 4,725,579) ARE VALID AND/OR ENFORCEABLE (WHETHER DESIGNATED AS CLAIMS, COUNTERCLAIMS, OR AFFIRMATIVE DEFENSES) SHALL BE DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS.

<div style="display: flex;">

<div>

Serono, Inc. and
Industria Farmaceutica Serono SpA
By its Attorneys,

*[signature]*

Fred A. Kelly, Jr. (BBO # 544046)
**NIXON PEABODY LLP**
100 Summer Street
Boston, MA 02110-1832
Ph:    (617) 345-1000
Fax:   (617) 345-1300

Dated: Jan 6, 2005

</div>

<div>

Ferring Pharmaceuticals, Inc.
By its attorneys,

*[signature]*

Michael T. Gass (BBO#546874)
**Palmer & Dodge, LLP**
111 Huntington Avenue
Boston, MA 02199
Ph: 617-239-0100

Dated: Jan 7, 2005

</div>

</div>